**Superior Court of the District of Columbia**
**CIVIL DIVISION**
Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

EXHIBIT A

Filed
D.C. Superior Court
06/04/2018 10:54AM
Clerk of the Court

BERNADETTE JONES
_____
Plaintiff

vs.

WASHINGTON METRO AREA TRANSIT AUTH
_____
Defendant

Case Number  2018 CA 002821 B

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

ANDREW B. GREENSPAN
Name of Plaintiff's Attorney

1125 WEST ST., SUITE 425
Address
ANNAPOLIS, MD 21401

(410) 246-4850
Telephone

Clerk of the Court

By: _____

Date: _____

如需翻译, 请打电话 (202) 879-4828
번역을 원하시면, (202) 879-4828로 전화주십시요
Veuillez appeler au (202) 879-4828 pour une traduction
(Amharic) (202) 879-4828
Để có một bài dịch, hãy gọi (202) 879-4828

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME_.

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]

Super. Ct. Civ. R. 4

EXHIBIT A



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**
Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Telephone: (202) 879-1133 • Website: www.dccourts.gov

BERNADETTE JONES
Vs.
WASHINGTON METRO AREA TRANSIT AUTHORITY

C.A. No.   2018 CA 002821 B

### INITIAL ORDER AND ADDENDUM

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("Super. Ct. Civ. R.") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the summons, the complaint, and this Initial Order and Addendum. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in Super. Ct. Civ. R. 4(m).

(3) Within 21 days of service as described above, except as otherwise noted in Super. Ct. Civ. R. 12, each defendant must respond to the complaint by filing an answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in Super. Ct. Civ. R. 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an initial scheduling and settlement conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than seven business days before the scheduling conference date.
No other continuance of the conference will be granted except upon motion for good cause shown.

(6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Robert E. Morin

Case Assigned to: Judge JOHN M MOTT
Date:  April 27, 2018
Initial Conference: 10:00 am, Friday, July 20, 2018
Location:  Courtroom 518
500 Indiana Avenue N.W.
WASHINGTON, DC 20001

CAIO-60

## ADDENDUM TO INITIAL ORDER AFFECTING ALL MEDICAL MALPRACTICE CASES

In accordance with the Medical Malpractice Proceedings Act of 2006, D.C. Code § 16-2801, et seq. (2007 Winter Supp.), "[a]fter an action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement. The early mediation schedule shall be included in the Scheduling Order following the ISSC. Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC." D.C. Code § 16-2821.

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator. Information about the early mediation date also is available over the internet at https://www:dccourts.gov/pa/. To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. D.C. Code § 16-2825 Two separate Early Mediation Forms are available. Both forms may be obtained at www.dccourts.gov/medmalmediation. One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator. Both forms also are available in the Multi-Door Dispute Resolution Office, Suite 2900, 410 E Street, N.W. Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. *Pro se* Plaintiffs who elect not to eFile may file by hand in the Multi-Door Dispute Resolution Office.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a). If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following persons are required by statute to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case. D.C. Code § 16-2824.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code§ 16-2826. Any Plaintiff who is *pro se* may elect to file the report by hand with the Civil Actions Branch. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief Judge Robert E. Morin

CAIO-60

Filed
D.C. Superior Court
05/08/2018 15:09PM
Clerk of the Court

IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA

BERNADETTE JONES
1323 Emerald St., NE
Washington, DC 20002

*Plaintiff*

v.

Washington Metro Area
Transit Authority (WMATA)
600 5th St., NW
Washington, DC 20001

SERVE ON:
General Counsel
WMATA
600 5th Street, NW
Washington, DC 20001

*Defendant*

Case No. 2018 CA 002821 B

Next Scheduled Event: Initial Hearing
Date:
Judge:

\* \* \* \* \*

## COMPLAINT

Plaintiff, Bernadette Jones, by her attorney, Andrew B. Greenspan, hereby complains of and sues the Washington Metropolitan Area Transit Authority, and for reasons states as follows:

Background Facts and Jurisdiction

1. That on or about May 31, 2015, the Plaintiff was a passenger on a Washington, DC Metro bus, maintained and operated by Defendant, WMATA.

2. That as Plaintiff was attempting to depart the bus at a bus stop at the L'Enfant Plaza Metro stop in Washington, DC, the wheelchair lift portion of the steps suddenly rose up, tripping Plaintiff and causing her to fall and injure herself.

3. All incidents giving rise to this occurrence happened in Washington, DC.

1

## COUNT I
### (Negligence as to Defendant WMATA)

4. Plaintiff realleges and incorporates the facts and averments in paragraphs 1-3 above.

5. Defendant WMATA has a duty to maintain and keep its vehicles in a safe and reasonable condition. This duty includes maintaining, inspecting and repairing all components of its buses so that they do create a tripping hazard when riders are entering or alighting from the buses. Additionally, as a common carrier, WMATA and its employees owe the highest duty of care to operate their buses in a way so that passengers are not tripped while exiting the bus.

6. Defendant breached its duty to Plaintiff in failing to maintain, repair or control the condition of the bus so that the stairs and wheelchair lift would not suddenly raise while passengers were stepping on or off the bus.

7. Additionally, and alternatively, Defendant alleges that at the time of the incident, the bus was being operated by a new and inexperienced bus driver. That driver was negligent in operating the bus and the controls and allowed or caused the a dangerous condition while Plaintiff was attempting to exit from the bus and thereby tripping Plaintiff.

8. As a direct and proximate cause of Defendant's negligence, Plaintiff fell, suffering severe and permanent damages.

WHEREFORE, Plaintiff seeks damages against Plaintiff for an amount in excess of One Hundred Thousand Dollars ($100,000).

## REQUEST FOR JURY TRIAL

Plaintiff respectfully requests a jury trial as to all issues.

EXHIBIT A

/S/ Andrew B. Greenspan
Andrew B. Greenspan, Esq. # 483502
LAW OFFICE OF ANDREW B. GREENSPAN, LLC
1125 West Street, Suite 425
Annapolis, MD 21401
(410) 246-4850
Drew@AndrewGreenspanLaw.com

*Attorney for Plaintiff, Bernadette Jones*

IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA

BERNADETTE JONES

    *Plaintiff*

v.

WMATA

    *Defendant*

Case No. 2018 CA 002821 B

Next Scheduled Event: Initial Hearing
Date:
Judge:

\*   \*   \*   \*   \*

<u>PRAYER FOR JURY TRIAL</u>

Dear Clerk:

Plaintiff respectfully requests a jury trial as to all issues.

LAW OFFICE OF ANDREW B, GREENSPAN, LLC

<u>/S/ Andrew B. Greenspan</u>
Andrew B. Greenspan, Esq. # 483502
1125 West Street, Suite 425
Annapolis, MD 21401
(410) 246-4850
<u>Drew@AndrewGreenspanLaw.com</u>

*Attorney for Plaintiff*

IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA

BERNADETTE JONES
1323 Emerald St., NE
Washington, DC 20002

*Plaintiff*

v.

Washington Metro Area
Transit Authority (WMATA)
600 5th St., NW
Washington, DC 20001

SERVE ON:
General Counsel
WMATA
600 5th Street, NW
Washington, DC 20001

*Defendant*

Case No. 2018 CA 002821 B

Next Scheduled Event: Initial Hearing
Date:   July 20, 2017 at 10:00 am
Judge: John Mott

\*   \*   \*   \*   \*

## AMENDED COMPLAINT

Plaintiff, Bernadette Jones, by her attorney, Andrew B. Greenspan, hereby files this Amended Complaint, pursuant to Rule 15, the Original Complaint having not yet been served on Defendant, Plaintiff hereby complains of and sues the Washington Metropolitan Area Transit Authority, and for reasons states as follows:

### Background Facts and Jurisdiction

1. That on or about May 31, 2015, the Plaintiff was a passenger on a Washington, DC Metro bus, maintained and operated by Defendant, WMATA.

2. That as Plaintiff was attempting to depart the bus at a bus stop at the L'Enfant Plaza Metro stop in Washington, DC, the wheelchair lift portion of the steps suddenly rose up, tripping Plaintiff and causing her to fall and injure herself.

1

3. All incidents giving rise to this occurrence happened in Washington, DC.

## COUNT I
### (Negligence as to Defendant WMATA)

4. Plaintiff realleges and incorporates the facts and averments in paragraphs 1-3 above.

5. Defendant WMATA has a duty to maintain and keep its vehicles in a safe and reasonable condition. This duty includes maintaining, inspecting and repairing all components of its buses so that they do create a tripping hazard when riders are entering or alighting from the buses. Additionally, as a common carrier, WMATA and its employees owe the highest duty of care to operate their buses in a way so that passengers are not tripped while exiting the bus.

6. Defendant breached its duty to Plaintiff in failing to maintain, repair or control the condition of the bus so that the stairs and wheelchair lift would not suddenly raise while passengers were stepping on or off the bus.

7. Additionally, and alternatively, Defendant alleges that at the time of the incident, the bus was being operated by a new and inexperienced bus driver. That driver was negligent in operating the bus and the controls and allowed or caused a dangerous condition while Plaintiff was attempting to exit from the bus – specifically activating the chair lift so that it rose up just as Plaintiff was about to exit the bus - and thereby tripping Plaintiff.

8. As a direct and proximate cause of Defendant's negligence, Plaintiff fell, suffering severe and permanent damages.

WHEREFORE, Plaintiff seeks damages against Defendant for the amount of Two Hundred Fifty Thousand Dollars ($250,000).

## REQUEST FOR JURY TRIAL

Plaintiff respectfully requests a jury trial as to all issues.

/S/ Andrew B. Greenspan
Andrew B. Greenspan, Esq. # 483502
LAW OFFICE OF ANDREW B. GREENSPAN, LLC
1125 West Street, Suite 425
Annapolis, MD 21401
(410) 246-4850
Drew@AndrewGreenspanLaw.com

*Attorney for Plaintiff, Bernadette Jones*

3